<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7016**

CHARLES T. HOYE,

       Plaintiff - Appellant,

     v.

HAROLD CLARKE, Director, Virginia Department of Corrections;
GARY L. BASS, Reg. Administrator, Virginia Department of
Corrections, Central Regional Office; SAMUEL V. PRUETT,
Warden, Coffeewood Correctional Center; I. T. GILMORE,
Assistant Warden, Coffeewood Correctional Center; R. W.
MARTIN, EBP/Reentry Manager, Coffeewood Correctional Center;
D. GOURDINE, Inst. Pgms. Mgr. (IPM), Coffeewood Correctional
Center; L. D. MOORE, Food Service Admin., Coffeewood
Correctional Center,

       Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Michael F. Urbanski, District
Judge. (7:14-cv-00124-MFU)

Submitted: December 29, 2015      Decided: January 13, 2016

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles T. Hoye, Appellant Pro Se.    Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles T. Hoye appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hoye v. Clarke</u>, No. 7:14-cv-00124-MFU (W.D. Va. May 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>